**Cynthia MILLER, Appellant,**

v.

**Gloria POWELL; Odell Embry; Hilda Canada; Arkansas Department of Human Services, Appellees.**

**No. 06–1328.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 6, 2007.

Filed: June 8, 2007.

Cynthia Miller, Little Rock, AR, pro se.

Sherri L. Robinson, Attorney General's Office, Little Rock, AR, for Appellees.

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Cynthia Miller appeals from the district court's[1] adverse grant of summary judgment in her action alleging unlawful race discrimination and retaliation, in violation of Title VII. Having carefully reviewed the record, *see Kratzer v. Rockwell Collins, Inc.,* 398 F.3d 1040, 1043 (8th Cir.2005) (de novo standard of review), we agree that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny Miller's pending motion.

---

1. The Honorable Rodney S. Webb, United States District Judge for the District of North Dakota, sitting by designation in the Eastern District of Arkansas.